**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000742
29-APR-2024
08:08 AM
Dkt. 36 ODSD**

NO. CAAP-23-0000742

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
LEROY L. BOLDEN, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DCW-17-0002263)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Guidry, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before February 23, 2024, and March 25, 2024, respectively;

(2) Self-represented Defendant-Appellant LeRoy L. Bolden (Bolden) failed to file either document, or request an extension of time;

(3) On April 9, 2024, the appellate clerk entered an amended default notice informing Bolden that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on April 19, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Bolden could request relief from default by motion; and

(4) Since the appellate clerk entered the amended default notice, Bolden has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, April 29, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge